SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JOSE ROBLES**,**<br><br>                    Plaintiff,<br><br>         v.<br><br>   EQUIFAX, INC.; et. al.,<br><br><br><br>                    Defendants. | Case No.: 4:16-CV-05692-JSW<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

        **PLEASE TAKE NOTICE THAT** plaintiff Jose Robles and defendant Equifax, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe the settlement should be finalized within 45 and a dismissal shall be filed.

Dated:   July 20, 2017

                                        **Sagaria Law, P.C.**
                                        */s/ Elliot Gale*
                                        Elliot Gale
                                        Attorneys for Plaintiff